PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | CASE NO. 5:24-mj-00006-CDB |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| Kristopher Thomas, Justin Damonte Mitchell, Derrick D. Charles, and Natasha Michelle Bailey, | **UNDER SEAL** |
| Defendants. | |

# SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: February 14, 2024

Hon. Christopher D. Baker
U.S. MAGISTRATE JUDGE

SEALING ORDER