IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**KRISTOPHER THOMAS**<br><br>　　　　　　　　　Defendant. | **SEALED**<br><br>CR NO: 5:24-mj-00006-CDB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee: Kristopher Shamar Thomas
Detained at: Kern Valley State Prison, Delano, CA
Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: 21 USC 841(a)(1); 21 USC 841(b)(1)(A), 21 USC 846
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: *Karen A. Escobar*
Printed Name & Phone No: Karen Escobar (559) 274-8993
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 14, 2024

Honorable Christopher D. Baker
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Broski | ☒Male ☐Female | |
| Booking or CDC #: | G02667 | DOB: | 12/02/1987 |
| Facility Address: | 3000 W Cecil Ave, Delano, CA 93215 | Race: | Black |
| Facility Phone: | (661) 721-6300 | FBI#: | 82979AC6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　(signature)