PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER THOMAS AND NATASHA MICHELLE BAILEY,<br><br>Defendants. | CASE NO. 1:24-cr-00054-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;<br><br>DATE: May 22, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before U.S. Magistrate Judge Barbara A. McAuliffe on May 22, 2024.

2. On March 22, 2024, this matter was reassigned to U.S. District Judge Jennifer L. Thurston and Magistrate Judge Sheila K. Oberto.

3. On April 8, 2024, at a pretrial violation proceeding concerning defendant Justin Damonte Mitchell, Magistrate Judge Oberto set the status conference for defendant Mitchell on May 29, 2024, and ordered the exclusion of time.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4. By this stipulation, defendants Thomas and Bailey now move to continue the status conference as to each of them from May 22, 2024, until May 29, 2024, and to exclude time between May 22, 2024 and May 29, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports produced in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The government has provided a plea offer to the defendants.

c) Counsel for defendants desires additional time for defense investigation and plea negotiations.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2024 to May 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 8, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  April 8, 2024 | /s/ PETER M. JONES<br><br>PETER M. JONES<br>Counsel for Defendant<br>KRISTOPHER THOMAS |
| Dated:  April 8, 2024 | /s/ ALEKXIA TORRES-STALLINGS<br>ALEKXIA TORRES-STALLINGS<br>Counsel for Defendant<br>NATASHA MICHELLE BAILEY |

**ORDER**

IT IS SO ORDERED.

Dated: 4/9/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE