PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00054-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| KRISTOPHER THOMAS, JUSTIN DAMONTE MITCHELL, DERRICK D. CHARLES, AND NATASHA MICHELLE BAILEY, | DATE: August 21, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 21, 2024.

2. By this stipulation, the defendants now move to continue the status conference from August 21, 2024, until November 20 2024, and to exclude time between August 21, 2024 and November 20 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 70,000 pages of discovery, including wiretap

material, for all defendants, except Defendant Charles.  Because Defendant Charles, who is relatively new to the case, was not amenable to a protective order to ensure the confidentiality of personal identifying information of other individuals, recently the government produced discovery relevant to only Defendant Charles to him.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government has provided plea offers to the defendants.

      c)      Counsel for defendants desires additional time for defense investigation and plea negotiations.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2024 to November 20 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  August 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  August 13, 2024

/s/ PETER M. JONES

PETER M. JONES
Counsel for Defendant
KRISTOPHER THOMAS

Dated:  August 13, 2024

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
JUSTIN DAMONTE MITCHELL

Dated: August 13, 2024

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
DERRICK D. CHARLES

Dated:  August 13, 2024

/s/ ALEKXIA TORRES-STALLINGS
ALEKXIA TORRES-STALLINGS
Counsel for Defendant
NATASHA MICHELLE BAILEY

**ORDER**

IT IS SO ORDERED.

8/14/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE