PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER THOMAS,<br>JUSTIN DAMONTE MITCHELL,<br>DERRICK D. CHARLES, AND<br>NATASHA MICHELLE BAILEY,<br><br>Defendants. | CASE NO. 1:24-cr-00054-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 20, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 20, 2024.

2. By this stipulation, the defendants now move to continue the status conference from November 20, 2024, until February 19, 2025, and to exclude time between November 20, 2024 and February 19, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 82,000 pages of discovery, including wiretap

material, for all defendants, except Defendant Charles.  Because Defendant Charles, who made his appearance after his co-defendants, was not amenable to a protective order to ensure the confidentiality of personal identifying information of other individuals, the government produced to Defendant Charles discovery relevant to only him.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  The government has provided plea offers to the defendants.

    c)  Counsel for defendants desires additional time for defense investigation and plea negotiations.

    d)  Counsel for Defendant Thomas is also a defendant in a separate, but related, fraud case (Case No. 1:24-cr-00231-NODJ-BAM) and is reviewing the discovery associated with that case.  Discussions for a potential resolution of both of these cases is ensuing.

    e)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)  The government does not object to the continuance.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2024 to February 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

IT IS SO STIPULATED.

Dated:  November 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  November 13, 2024

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
KRISTOPHER THOMAS

Dated:  November 13, 2024

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
JUSTIN DAMONTE MITCHELL

Dated: November 13, 2024

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
DERRICK D. CHARLES

Dated:  August 13, 2024

/s/ ALEKXIA TORRES-STALLINGS
ALEKXIA TORRES-STALLINGS
Counsel for Defendant
NATASHA MICHELLE BAILEY

**ORDER**

IT IS SO ORDERED.

DATED: 11/24/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE