MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00054-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING TRIAL SETTING; ORDER |
| v. | |
| KRISTOPHER THOMAS, JUSTIN DAMONTE MITCHELL, DERRICK D. CHARLES, AND NATASHA MICHELLE BAILEY, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on December 9, 2025, and time was excluded to and through that date. Should all defendants exercise their right to a jury trial in this matter, the case will last three weeks. Counsel for the government will be unavailable from December 16, 2025, to January 2, 2026.

2. By this stipulation, the parties now move to advance the trial date to Wednesday, October 15, 2025, at 8:30 a.m. and request the setting of a motions in limine schedule and trial

confirmation/hearing on the motions.

    IT IS SO STIPULATED.

Dated: February 25, 2025    MICHELE BECKWITH
Acting United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: February 25, 2025

/s/ PETER M. JONES

PETER M. JONES
Counsel for Defendant
KRISTOPHER THOMAS

Dated: February 25, 2025

  /s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
JUSTIN DAMONTE MITCHELL

Dated: February 25, 2025

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
DERRICK D. CHARLES

Dated: February 25, 2025

/s/ ALEKXIA TORRES-STALLINGS
ALEKXIA TORRES-STALLINGS
Counsel for Defendant
NATASHA MICHELLE BAILEY

**ORDER**

    IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **February 26, 2025**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING TRIAL SETTING    2