ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00054-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING TRIAL SETTING; ORDER |
| v. | |
| KRISTOPHER THOMAS AND DERRICK D. CHARLES, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on December 9, 2025, and time was excluded to and through that date. Subsequently, trial was advanced to October 15, 2025.

2. By this stipulation, the parties now move to vacate the trial date and set the matter for a status conference on October 15, 2025, at 1:00 p.m. before Magistrate Judge Oberto.

3. The parties agree that vacating the trial date is in the best interest of the parties. Two of the defendants in this matter have or will soon plead guilty. Defendant Thomas wishes to reach a global resolution of this case and the separately charged complex fraud matter (1:24-cr-00231-DAD-BAM).

Both cases stem from the same wiretap investigation of Thomas. Further, a disposition in the Charles case hinges upon the global resolution of the Thomas case. In addition, since counsel for Charles and counsel for the government have stipulated to a protective order Charles, Charles will soon receive all the discovery in this case and related fraud case, which is voluminous and will require review by defense counsel. Comparison of that discovery to facts recited in co-defendant Natasha Bailey's recently filed plea agreement revealed that some material relevant to the alleged drug offenses was commingled with the fraud material and not provided to Charles

IT IS SO STIPULATED.

Dated: September 3, 2025

ERIC GRANT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: September 3, 2025

/s/ PETER M. JONES

PETER M. JONES
Counsel for Defendant
KRISTOPHER THOMAS

Dated: September 3, 2025

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
DERRICK D. CHARLES

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **September 4, 2025**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING TRIAL SETTING                    2